IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Case No.: 1:21-CV-00466-WO-LPA

| | |
|---|---|
| JAMES DIXON, KENNETH CHRISTOPHER, LILLIAN NESS and DORA SIMMONS, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CREDIT CONTROL, LLC, a Missouri corporation. <br><br> Defendants. | **JOINT STIPULATION OF DISMISSAL** |

Plaintiffs James Dixon, Kenneth Christopher, Lillian Ness and Dora Simmons ("Plaintiffs") and Defendant Credit Control, LLC ("Defendant"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the voluntary dismissal of the action without prejudice.

This the 18th day of April, 2022.

<table>
<tr><td>

**THE ECHOLS FIRM, LLC**

/s/ David A. Grassi
David A Grassi
N.C. Bar No.: 38191
PO Box 12645
Rock Hill, South Carolina 29781
Telephone: (803) 329-8982
david.grassi@theecholsfirm.com

*Attorneys for Defendant*

</td><td>

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**

/s/ Scott C. Harris
Scott C. Harris
N.C. Bar No.: 35328
Michael Dunn
N.C. Bar No.: 47713
900 W. Morgan Street
Raleigh, North Carolina 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
sharris@milberg.com
Michael.dunn@milberg.com

</td></tr>
</table>

1

Adam H. Cohen
100 Garden City Plaza
Suite 500
Garden City, NY 11530
Telephone: (919) 600-5000
Facsimile: (919) 600-5035
acohen@milberg.com

*Attorneys for Plaintiffs' and the proposed Classes*

2

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused the foregoing document to be served by filing copy of the same using the court's CM/ECF system which will send notice to all counsel of record.

Dated April 18, 2022.

/s/ Scott C. Harris
Scott C. Harris

Case 1:21-cv-00466-WO-LPA    Document 18    Filed 04/18/22    Page 3 of 3